**ORIGINAL**

FILED

2006 SEP -8 PM 2:14

SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE DANA M. SABRAW, JUDGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 06CR1435-03-DMS |
| Plaintiff, ) | |
| v. ) | **O R D E R** |
| **GEOVANI BERNAL,** ) | |
| Defendant. ) | |

Good cause appearing therefore:

**IT IS HEREBY ORDERED** that additional investigation fees not to exceed $1,000.00 at this time are authorized for an investigator.

**SO ORDERED.**

Dated: 9-8-06

_____
HON. DANA M. SABRAW, Judge
United States District Court

06CR1435-03